# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 2, 2003

Memo To Counsel Re: Susan Kunkel, et al. v. Cherry Hill Construction, Inc.
Civil No. JFM-03-387

Dear Counsel:

This will confirm the schedule set during the conference held today.

| Date | Event |
|---|---|
| June 2, 2003 | Status report re whether the case has been settled |
| August 4, 2003 | Discovery deadline; status report due (including statement whether either or both sides intend to file a summary judgment motion and whether you request a mediation conference before a magistrate judge) |
| November 3, 2003 | Summary judgment motions deadline (subject to provisions of Local Rule 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge