# W&S

Wright, Constable & Skeen, L.L.P.   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

June 3, 2003

WRITER'S DIRECT DIAL (410) 659 – 1374
E-MAIL MSTANLEY@WCSLAW.COM

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone     410-825-0750
  Fax         410-825-0715

www.wcslaw.com

VIA E-MAIL AND REGULAR MAIL

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    RE:    Susan Kunkel, et. al. v. Cherry Hill Construction, Inc.
            Civil No.  JFM-03-387

Dear Judge Motz:

      Please accept this letter as a status report on the above-referenced case. Although the parties are actively engaging in settlement negotiations, the case has not yet been resolved. Nevertheless, the prognosis for settlement is good.

      Due to the likelihood of resolving this case through settlement negotiations, the parties have not yet delved into the discovery phase of the litigation. However, if the case has not been resolved by July 1, 2003, counsel will begin discovery so that it can be completed by October 3, 2003, as outlined in the Scheduling Order.

      I have shared a draft of this letter with Michael Glass, attorney for the Plaintiff, Susan Kunkel, and he asked me to relay to you that he is in agreement with this status report.

      If you have any questions or concerns, please do not hesitate to contact me.

                            Very truly yours,
                            /s/
                            Michael A. Stanley

MAST/ht

cc:    Clerk
       Michael Glass, Esquire

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

138568 v. (08107.00050)