UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SUSAN KUNKEL, et. al.              *

v.                                 *

CHERRY HILL CONSTRUCTION, INC.     *

    Defendant                      *     Civil No. JFM-03-387

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Fed. R. Civ. Proc. 41(a)(1)(ii), the parties to this action hereby stipulate that the Plaintiffs, Susan Kunkel and Susan Kunkel, Personal Representative of the Estate of William C. Kunkel, dismiss, with prejudice, this matter as to the Defendant, Cherry Hill Construction, Inc.

_/s/ Michael E. Glass_
Michael E. Glass
Sellman Hoff, LLC
201 North Charles Street, Suite 1331
Baltimore, Maryland 21201
(410) 332-4151

Attorney for Plaintiffs

_/s/ Michael A. Stanley_
Michael A. Stanley
Wright, Constable & Skeen, L.L.P.
One Charles Center, 16th Floor
100 N. Charles Street
Baltimore, Maryland 21201-3812
(410) 659-1374

Attorney for Defendant

140750 v. (08107.00050)